## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date:  June 22, 2012
Court Reporter:    Paul Zuckerman

Criminal Action No.  11-cr-00515-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 James Candelaria

       Plaintiff,

v.

SAMUEL SANTISTEVEN,                       Harvey Steinberg
                                          Ariel Benjamen

       Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**11:06 a.m.     Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 1 of the **Indictment**.  Defendant pleads guilty to Count 1 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

    1)  The Plea Agreement;
    2)  The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)  The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set on **October 30, 2012 at 11:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motions (**Doc. #40, 41, 42, 43, 44, 45 and 61**) are **DENIED as moot.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**11:44 a.m.**     **Court in recess.**

**Total Time:**   38 minutes.
**Hearing concluded.**