**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Action No.: 11-CR-00515-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SAMUEL SANTISTEVEN, JR.,**

**Defendant.**

---

**ORDER FOR TEMPORARY RELEASE FROM CUSTODY (FURLOW)**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has requested a temporary release from custody or furlow to handle personal matters involving his animals and obtaining money from his bank account in preparation for possibly being accepted into the Peaceful Spirits Facility in Ignacio, Colorado.

**IT IS HEREBY ORDERED** that the Defendant shall be **temporarily released** from custody on May 1, 2014 after a baseline test is performed by the LaPlata County Jail for alcohol and drugs.

Defendant shall **return to the LaPlata County Jail at 5:00 p.m. on May 1, 2014** at which time the LaPlata County Jail shall perform another test on the Defendant for the presence of alcohol or drugs and Defendant shall be detained until further order of this Court.

**DATED:   May 1, 2014.**

                                               **BY THE COURT:**

                                               **s/David L. West**
                                               **United States Magistrate Judge**